# CASES

DETERMINED IN THE

## FIRST DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

### DURING THE YEAR 1918.

---

J. L. Obermeyer, Plaintiff in Error, v. Wisconsin Dairy Farms Company, Defendant in Error.

Gen. No. 23,487. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES N. GOODNOW, Judge, presiding. Heard in this court at the October term, 1917. Reversed and judgment here. Opinion filed May 13, 1918.

## Statement of the Case.

Action by J. L. Obermeyer, plaintiff, against Wisconsin Dairy Farms Company, a corporation, defendant, to recover a balance claimed to be due on an account for butter sent to defendant as broker to sell on commission. From a judgment of *nil capiat* for defendant, plaintiff brings error.

For the decision on a former appeal, see 199 Ill. App. 568.

JOSEPH M. CONNERY, for plaintiff in error.

(213)

JONAS O. HOOVER, for defendant in error.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 13*—when case determined by evidence. In a case of the fourth class in the Municipal Court of Chicago, the case is what the evidence makes it.

2. PRINCIPAL AND AGENT, § 1*—who is agent. One to whom butter is sent for sale at a certain price, less commission, in response to a solicitation by mail, is an agent of the seller.

3. PRINCIPAL AND AGENT, § 55*—what is duty of agent as to accounting.. It is the duty of one to whom butter is sent for the purpose of sale on commission for the principal to promptly and honestly account to the principal for the proceeds of the butter sold.

4. PRINCIPAL AND AGENT, § 72*—when commission forfeited. An agent for the sale of butter on commission forfeits his claim to a commission by the making of false statements and the rendition of false accounts to the principal.

---

## Peter Billow, Appellee, v. Isaac Miller, Appellant.

## Gen. No. 23,589.   (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. J. J. COOKE, Judge, presiding. Heard in this court at the October term, 1917. Reversed and judgment of nil capiat and for costs. Opinion filed May 13, 1918.

## Statement of the Case.

Action by Peter Billow, plaintiff, against Isaac Miller, defendant, on the promise to pay indebtedness for work done for one Jacob Zeman, under a written

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.